IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FRED BROCK POST 828, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-23-CV-303-FB |
| | § | |
| VALLEY FORGE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed by the parties on August 31, 2023 (docket #7), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant stipulate to the dismissal of this action with prejudice, with each party to bear its own fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above styled and numbered cause and all claims asserted therein are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear its own fees and costs. Motions pending, if any, are DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 31st day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE